In the Matter of LOUIS CALDER, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued June 19, 1941; decided July 29, 1941.

*Seth T. Cole* for appellant.

*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.